Judge Osteen,

My name is Aisha Helsa Davis you sentenced me in Feb of 2019. At the time I had pending state charges that were connected to my federal time. You sentenced me to 36 months and ordered me to do R-dap. After you sentenced me I later went to state court and was given 4 sentences to run consecutive to each other. My first two sentences were probation violations and were not allowed to run concurrently with my federal sentences. My last two sentences were suppose to run concurrently with my federal sentences. I have my judgement of commitment from what you ordered and BOP is not granting me that time thats owed to me. My last two state sentences went along with my federal sentences. Those state case file numbers are 18CRS66565 the charge is Felony obtain control substance by fraud. The other state # is 18CRS66570 and that charge is Felony Trafficking Opium or Heroin by possession. For these sentences I'm owed 92 day. These sentences started 9-23-20 and ended Dec 30 2020 when I was then released to the U.S. Marshalls. But instead of my computation sheet beginning on Sep 24 2020 it began Dec 30 2020 but my time was suppose to be running concurrently. Case file #18CRS66565 recieved 240 days jail credit, so I only served the remaining 3 days. And I did 89 ddys on the other that I'm owed. BOP refuse to grant me that time and has my computation incorrect. I also do not get the year off in R-dap because of a past non violent crime that BOP is trying to say is violent. I requesting that

you encourge BOP to grant me whats owed. I'm also requesting a reconsideration in my sentence. I recieved an upward varience and would not have been doing this much time. I have been rehabilitating myself. I'm apart of N/A & A/A have been at this facility and in state prison. I'm very hands on in the chapel & prison ministry. I have a very strong support system. I have two girls who need me home my 12 yr old has been in 5 homes since I've been inconserated and its really hard for her. My 7 yr old was 2½ when I left. I'm just asking for a second chance. My release date as now is July of 23. I ask that you will grant me those months I'm owed, and even reconsider my sentencing. I was in the county jail for 15 months and recieved no time federally. I was sitting under federal & state charges at the same time. I pray I was able to break it down so you understand my situation thoroughly. I Hope this letter reaches you in good spirits. Thanks for taking time out of your busy day to read my letter.

Sincerely

Aisha Davis
1-6-22